```
 1  SAFEWAY INC.
    THEODORE K. BELL  #184289
 2  E-mail: tad.bell@safeway.com
    STEPHEN Q. ROWELL #098227
 3  E-mail: stephen.rowell@safeway.com
    5918 Stoneridge Mall Road
 4  Pleasanton, CA  94588-3229
    Telephone:  (925) 467-3000
 5  Facsimile:   (925) 467-3214

 6  Attorneys for Plaintiff
    SAFEWAY INC.
 7
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFEWAY INC., | Case No. C 10-02029 JL |
| Plaintiff, | **JOINT STIPULATION REGARDING CASE MANAGEMENT CONFERENCE DATE** |
| v. | |
| ULTRA PURE WATER TECHNOLOGIES, INC. and ICEX MANAGEMENT, LLC, | |
| Defendants. | |

Plaintiff Safeway Inc. and Defendants Ultra Pure Water Technologies, Inc. and ICEX Management, LLC, respectfully request that the Court reschedule the Case Management Conference date to September 15, 2010, a date that has been reserved with Frank Justiliano, Courtroom Deputy.  The parties hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that the Case Management Conference, currently scheduled for September 1, 2010,

- 1 -

JOINT STIPULATION RE CMC DATE          CASE NO. C 10-02029 JL

1  is rescheduled to September 15, 2010 at 10:30 a.m.

2  DATED: August 24, 2010      SAFEWAY INC.

4                              By: _____
                                   Theodore K. Bell
5                                  Attorneys for Plaintiff
                                   SAFEWAY INC.

8  DATED: August 26th, 2010    ULTRA PURE WATER
                               TECHNOLOGIES, INC.

11                             By: _____
                                   Mr. Daniel D. LeBlanc
                                   President/Managing Member/CEO

14 DATED: August 26th, 2010    ICEX MANAGEMENT, LLC

16                             By: _____
                                   Mr. Daniel D. LeBlanc
                                   Managing Member/Director

Date: August 30, 2010

**IT IS SO ORDERED**
Judge James Larson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -

JOINT STIPULATION RE CMC DATE                    CASE NO. C 10-02029 JL

| | |
|---|---|
| 1 | Case No. C 10-2029 JL |
| 2 | <u>PROOF OF SERVICE</u> |

I am a citizen of the United States and a resident of the State of California. I am over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this Court, at whose direction the service was made. My business address is 5918 Stoneridge Mall Road, Pleasanton, California 94588. On the date set forth below I served:

**JOINT STIPULATION REGARDING
CASE MANAGEMENT CONFERENCE DATE**

<u> X </u> (BY MAIL) I caused each envelope, with postage thereon fully prepaid, to be placed in the United States mail at Pleasanton, California. I am readily familiar with the practice of Safeway Inc. for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

<u> </u> (BY PERSONAL SERVICE) I delivered to an authorized courier or driver authorized by _____ to receive documents to be delivered on the same date. A proof of service signed by the authorized courier will be filed forthwith.

<u> </u> (BY FEDERAL EXPRESS) I am readily familiar with the practice of Safeway Inc. for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

<u> X </u> (BY FACSIMILE) The above-referenced document was transmitted by facsimile transmission and the transmission was reported as complete and without error to the numbers listed below.

<u> </u> (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

- 1 -

PROOF OF SERVICE            CASE NO. C 10-02029 JL