1   SAFEWAY INC.
    THEODORE K. BELL  #184289
2   E-mail: tad.bell@safeway.com
    STEPHEN Q. ROWELL #098227
3   E-mail: stephen.rowell@safeway.com
    5918 Stoneridge Mall Road
4   Pleasanton, CA  94588-3229
    Telephone:  (925) 467-3000
5   Facsimile:   (925) 467-3214

6   Attorneys for Plaintiff
    SAFEWAY INC.

7

8           IN THE UNITED STATES DISTRICT COURT

9       FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  SAFEWAY INC.,                          ) Case No. C 10-02029 JL
                                           )
12                  Plaintiff,             )
                                           ) **JOINT STIPULATION TO**
13  v.                                     ) **RESCHEDULE CASE**
                                           ) **MANAGEMENT CONFERENCE**
14  ULTRA PURE WATER                       )
    TECHNOLOGIES, INC. and ICEX            )
15  MANAGEMENT, LLC,                       )
                                           )
16                  Defendants.            )
                                           )
17  _____   )

18      Plaintiff Safeway Inc. and Defendants Ultra Pure Water

19  Technologies, Inc. and ICEX Management, LLC, respectfully request

20  that the Court reschedule the Case Management Conference, currently

21  set for October 6, 2010.  The parties are actively negotiating a

22  resolution of this matter, and propose that the Case Management

23  Conference be rescheduled, at the Court's convenience, in

24  approximately sixty (60) days.  In light of the ongoing settlement

25  discussions, the parties hereby stipulate and agree as follows:

26      IT IS HEREBY STIPULATED AND AGREED that the Case

27

28

-1-

1   Management Conference, currently scheduled for October 6, 2010, be

2   rescheduled for a date after December 6, 2010 at the convenience of

3   the Court.

4   DATED:  October 5, 2010        SAFEWAY, INC.

5

6                                  By: _____

7                                  Theodore K. Bell
                                   Attorneys for Plaintiff
8                                  SAFEWAY INC.

9

10  DATED:  October 5, 2010        ULTRA PURE WATER

11                                 TECHNOLOGIES, INC.

12

13                                 By: _____

                                   Mr. Daniel D. LeBlanc
14                                 President/Managing Member/CEO

15

16  DATED:  October 5, 2010        ICEX MANAGEMENT, LLC

17

18                                 By: _____

                                   Mr. Daniel D. LeBlanc
19                                 Managing Member/Director

20

21

22

23  The Case Management Conference shall be continued to Wednesday, December 15, 2010 at 10:30 a.m. in
    Courtroom F, 15th Floor. Parties shall provided case management statements one week prior to the case
24  management conference.

25

26  October 5, 2010

27

28

IT IS SO ORDERED

Judge James Larson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -